UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T<span>HOMAS</span> L<span>EWIS</span>, #133200, )
      Plaintiff, )
          ) No. 1:18-cv-1093
-v- )
          ) Honorable Paul L. Maloney
J<span>ONATHAN</span> D<span>ECKER</span>, D.O., *et al*, )
      Defendants. )
          )

## JUDGMENT

The Court has dismissed all claims and defendants without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 16, 2019        /s/ Paul L. Maloney
                  Paul L. Maloney
                  United States District Judge